IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-10-00268-CV

 

In re
Gerald Hayes

 

 



Original Proceeding

 



MEMORANDUM  Opinion










 

            Gerald Hayes, an inmate, filed a
petition for writ of mandamus.  There are procedural problems with the
petition, but we use Rule 2 to look beyond those problems and deny the
petition.  See Tex. R. App. P.
2.

            Further, absent a specific exemption,
the Clerk of the Court must collect filing fees at the time a document is
presented for filing.  Tex. R. App. P.
12.1(b); Appendix to Tex. R. App. P., Order Regarding Fees
(Amended Aug. 28, 2007, eff. Sept. 1, 2007).  See also Tex. R. App. P. 5; 10th
Tex. App. (Waco) Loc. R. 5; Tex.
Gov’t Code Ann. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2009).  Under these circumstances, we suspend the rule and order the Clerk to
write off all unpaid filing fees in this case.  Tex. R. App. P. 2.  The write-off of the fees from the
accounts receivable of the Court in no way eliminates or reduces the fees owed
by Hayes.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Petition
denied

Opinion
delivered and filed July 28, 2010

[OT06]